# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE FONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE SPORTS BASEMENT, INC.,<br><br>    Defendant. | Case No. 24-cv-02116-TLT<br>San Francisco County Superior Court<br>Docket: CGC-24-612753<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. No. 29 |

On July 3, 2024, the Court filed an order consolidating the instant case, *Fong v. The Sports Basement*, 24-cv-02116, with *Kimber v. The Sports Basement*, 23-cv-06584. ECF 29. *Kimber* was the lead case. *Id.*

On January 23, 2025, the Court remanded *Kimber v. The Sports Basement* to state court (San Francisco County Superior Court Docket: CGC-23-609276) for lack of subject matter jurisdiction. *Kimber v. The Sports Basement*, 23-cv-06584, ECF 72.

Because the cases are consolidated, the Court hereby **REMANDS** the instant case to state court (San Francisco County Superior Court Docket: CGC-24-612753).

The Clerk of the Court shall provide the receiving court with a certified copy of docket entries and a certified copy of this Order.

Once joined, the case is ordered to be closed and terminated.

**IT IS SO ORDERED**.

Dated: April 7, 2025

_____
TRINA L. THOMPSON
United States District Judge